**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>**Plaintiff,**<br>**v.**<br>**DISTRICT OF COLUMBIA, *et al.*,**<br>**Defendants.** | **Civil Action No. 1:26-cv-03166-CJN** |

**JOINT MOTION TO EXTEND DEADLINES TO RESPOND TO THE COMPLAINT AND TO SET BRIEFING SCHEDULE**

Pursuant to Rule 6(b), Plaintiff and Defendants jointly move for an order extending Defendants' time to respond to the Complaint by just over a month, to December 23, 2026, and setting a schedule for cross-briefing dispositive motions.

Plaintiff United States of America (USA) filed this action on September 10, 2026, against Defendants District of Columbia (the District), the District's Office of the State Superintendent of Education (OSSE), and Board of Trustees of the University of the District of Columbia (UDC), raising Supremacy Clause challenges to a UDC tuition regulation and several OSSE scholarship programs. The Court has set a November 16, 2026, answer deadline for the District and OSSE. UDC was served on October 29, 2026, resulting in a rule-based answer deadline of November 19, 2026. Defendants intend to file a joint motion to dismiss and seek to extend their deadline to December 23, 2026. Plaintiff USA consents, in exchange for Defendants' agreement to USA's proposed schedule for briefing its anticipated motion for summary judgment, as follows:

- Defendants shall file a motion to dismiss by December 23, 2026.

- Plaintiff shall file its opposition to Defendants' motion to dismiss, along with any motion for summary judgment, by January 22, 2027.
- Defendants shall file any reply, along with their opposition to Plaintiff's motion for summary judgment, by February 22, 2027.
- Plaintiff shall file any reply in further support of the motion for summary judgment by March 9, 2027.

This Court can extend Defendants' time to respond to the Complaint, and the Parties' deadlines for cross-briefing dispositive motions, for good cause shown. Fed. R. Civ. P. 6(b). There is good cause to do so here because the Parties believe that Plaintiff's Complaint turns primarily on questions of law, and the proposed schedule affords all Parties ample time to prepare dispositive arguments; allows for the efficient and orderly adjudication of such motions; and permits counsel to attend to competing deadlines in other matters. No party has been granted any extension in this matter, and there are no other existing deadlines that will be affected. For these reasons, the Parties request that the Court grant this Motion and enter the proposed briefing schedule.

Pursuant to Local Rule 7(a), this Motion includes all supporting points of law and authority. As noted, the Parties have conferred and make this Motion jointly. LCvR 7(m). A proposed order is attached. LCvR 7(c).

Dated: November 10, 2026

Respectfully submitted,

CODY M. POPLIN
Deputy Assistant Attorney General

HILARY K. PERKINS
Director

BRIAN L. SCHWALB
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

JACQUELINE COLEMAN SNEAD
Deputy Director

*/s/ Alexander William Furtaw*
Alexander William Furtaw (D.C. Bar No. 90036368)
Trial Attorney
U.S. Department of Justice
Enforcement & Affirmative Litigation Branch
450 5th Street, NW
Washington, D.C. 20001
Tel.: (202) 598-5667
Email: alexander.w.furtaw@usdoj.gov

*Attorneys for the United States*

MATTHEW R. BLECHER [1012957]
Chief, Equity Section

MATEYA B. KELLEY [888219451]
Assistant Attorney General
Equity Section, Civil Litigation Division

*/s/ Karthik P. Reddy*
KARTHIK P. REDDY [1048848]
Special Assistant Attorney General

400 6th Street, N.W.
Washington, D.C. 20001
Tel.: (202) 890-9259
Email: karthik.reddy@dc.gov

*Counsel for Defendants*