**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**DISTRICT OF COLUMBIA, *et al.*,**<br><br>**Defendants.** | **Civil Action No. 1:26-cv-03166-CJN** |

**[PROPOSED] ORDER**

Upon consideration of the Parties' Joint Motion to Extend Deadlines to Respond to the Complaint and to Set Briefing Schedule (Motion), it is hereby **ORDERED** that:

(1) The Motion is **GRANTED**;

(2) The Parties shall adhere to the following schedule:

a. Defendants shall respond to the complaint by December 23, 2026.

b. Plaintiff shall file its opposition to Defendants' motion to dismiss, along with any motion for summary judgment, by January 22, 2027.

c. Defendants shall file any reply, along with their opposition to Plaintiffs' motion for summary judgment, by February 22, 2027.

d. Plaintiff shall file any reply in support of the motion for summary judgment by March 9, 2027.

**SO ORDERED**.

Date: ______________________

______________________________
HON. CARL J. NICHOLS
United States District Judge